**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION - LEXINGTON**

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.,<br><br>*Defendants.* | Civil Action No. 5:19-cv-00330-KKC<br><br>**SCHEDULING ORDER** |

Upon consideration of the parties' joint motion for entry of a scheduling order, Plaintiffs' motion for leave to file excess pages (DE 14), Plaintiffs' motion for a telephonic scheduling conference (DE 16), and the entire record herein, it is hereby

**ORDERED** that the parties' joint motion is **GRANTED**; it is further

**ORDERED** that Plaintiffs' motion for leave to file excess pages (DE 14) is **GRANTED**; it is further

**ORDERED** that Plaintiffs' motion for a scheduling conference is **DENIED AS MOOT**.

The following briefing schedule shall govern further proceedings in this case:

- **October 11, 2019 at 5:00 p.m.:** Defendants' combined motion to dismiss and opposition to Plaintiff's motion for a preliminary injunction (ECF No. 13), not to exceed 67 pages.

- **October 31, 2019 at 5:00 p.m.:** Plaintiffs' combined opposition to Defendants' motion to dismiss and reply in support of motion for a preliminary injunction.

- **November 13, 2019 at 5:00 p.m.:** Defendants' reply in support of motion to dismiss.

DATED: September 11, 2019



*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY